UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10066-CR-KING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

YASSER ALVAREZ, et al.,

        Defendants.

_____

## ORDER ON *NEBBIA* REQUIREMENT

THIS CAUSE is before the Court on defendant **Yasser Alvarez'** Unopposed Motion for Finding of Satisfaction of *Nebbia* Condition of Bond (DE 21). On December 15, 2008, the undersigned set bond in the amount of $20,000 - 10% with a *Nebbia* condition and $50,000 personal surety. The Government informed the Court on January 15, 2009, that it was satisfied that the money and or property which was to be utilized to post this bond was not derived from any illegal source. Based on the Government's representation, the undersigned finds that the *Nebbia* requirement has been met.

DONE AND ORDERED in the Southern District of Florida, this 4th day of February, 2009, *nunc pro tunc* to January 15, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

SUASA Russ Brown (MIA)
AFPD Stewart Abrams (MIA)